# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| JOHN KATULA,<br>            Plaintiff<br><br>v.<br><br>VINAL THOMPSON, KEVIN JOYCE, and<br>CUMBERLAND COUNTY,<br>            Defendants | Docket No. 2:20-cv-00386-LEW |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS KEVIN JOYCE AND CUMBERLAND COUNTY

NOW COME Defendants Kevin Joyce and Cumberland County, through counsel, and hereby respond to Plaintiff's Complaint as follows:

## AFFIRMATIVE DEFENSES

A.  Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

B.  Plaintiff has not suffered any compensable damages resulting from the claims alleged in Plaintiff's Complaint.

C.  Plaintiff's damages, if any, were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

D.  Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

E.  Plaintiff has failed to mitigate his damages as required by law.

F.  These Defendants are entitled to immunity, including all immunities available under the Maine Tort Claims Act.

G.  Plaintiff's claims are barred by provisions of the Prison Litigation Reform Act, including but not limited to 42 U.S.C. § 1997e(a) and/or 42 U.S.C. § 1997e(e).

H.  Tort claims contained in Plaintiff's Complaint are barred for failure to comply with conditions precedent to the maintenance of this lawsuit, including, without limitation, the notice requirements of 14 M.R.S. § 8107.

I.  Defendant Kevin Joyce is entitled to qualified immunity.

## ANSWER

### Parties

1.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

2.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

3-4.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and therefore deny same.

5-6.  These Defendants admit the allegations contained in these paragraphs of Plaintiff's Complaint.

Subject Matter Jurisdiction

7. These Defendants deny the specific violations alleged against them. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

8. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response. To the extent a response is required, these Defendants agree that this court has jurisdiction over these claims.

9. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response. To the extent a response is required, these Defendants agree that this court has pendant jurisdiction over these claims.

Personal Jurisdiction

10. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response. To the extent a response is required, these Defendants agree that this court has personal jurisdiction over these claims.

Venue

11. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response. To the extent a response is required, these Defendants agree that venue is proper in the United States District Court for the District of Maine.

Common Nucleus of Operative Facts

12-13. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and

therefore deny same.

14. These Defendants admit that Mr. Katula was required to undergo a urine test on July 7, 2020. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

15. These Defendants admit that Mr. Katula did not produce urine for the urine test. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

16-35. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and therefore deny same.

36. No response is required to the statement contained in this paragraph of Plaintiff's Complaint.

Count I
42 U.S.C. § 1983 Violation
v. Officers Defendant Thompson and Unknown Officers

37. These Defendants repeat their responses to Paragraphs 1 through and including 36 of this Complaint as if fully set forth herein.

38-39. These allegations do not pertain to these Defendants. To the extent that these Defendants are required to respond to any of the allegations contained in these paragraphs of Plaintiff's Complaint, these Defendants deny all such allegations.

Count II
42 U.S.C. § 1983 Supervision Violation
v. Unknown Supervisor Defendant and Defendant Joyce

40. These Defendants repeat their responses to Paragraphs 1 through and including 39 of this Complaint as if fully set forth herein.

41. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

42-50. These Defendants deny the allegations contained in these paragraphs of Plaintiff's Complaint.

Count III
42 U.S.C. § 1983 Municipal Violation
v. Cumberland County

51. These Defendants repeat their responses to Paragraphs 1 through and including 50 of this Complaint as if fully set forth herein.

52. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

53-54. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

55-59. These Defendants deny the allegations contained in these paragraphs of Plaintiff's Complaint.

Count IV
42 U.S.C. Assault
v. Defendant Thompson and Other Unnamed Officers

60. These Defendants repeat their responses to Paragraphs 1 through and including 59 of

this Complaint as if fully set forth herein.

61-63.   These allegations do not pertain to these Defendants.  To the extent that these Defendants are required to respond to any of the allegations contained in these paragraphs of Plaintiff's Complaint, these Defendants deny all such allegations.

WHEREFORE, these Defendants pray for judgment in their favor on all counts of Plaintiff's Complaint, plus costs, interest, and attorneys fees.

Dated:   October 28, 2020

/s/   Peter T. Marchesi
Peter T. Marchesi, Esq.

/s/   Cassandra S. Shaffer
Cassandra S. Shaffer, Esq.

Wheeler & Arey, P.A.
Attorneys for Defendants Joyce and
Cumberland County
27 Temple Street
Waterville, ME   04901

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JOHN KATULA, <br>                 Plaintiff <br> v. <br> VINAL THOMPSON, KEVIN JOYCE, and <br> CUMBERLAND COUNTY, <br>                 Defendants | ) <br> ) <br> ) Docket No. 2:20-cv-00386-LEW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **CERTIFICATE OF SERVICE**

I, Peter T. Marchesi, hereby certify that:

- Answer and Affirmative Defenses of Defendants Kevin Joyce and Cumberland County

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Michael Waxman, Esq.        *mjwaxy@aol.com*

Dated:  October 28, 2020                /s/   Peter T. Marchesi
                                                  Peter T. Marchesi, Esq.
                                                  Wheeler & Arey, P.A.
                                                  Attorneys for Defendants Joyce and
                                                  Cumberland County
                                                  27 Temple Street
                                                  Waterville, ME   04901