## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| JOHN KATULA,<br>          Plaintiff<br><br>v.<br><br>VINAL THOMPSON, KEVIN JOYCE, and CUMBERLAND COUNTY,<br>          Defendants | Docket No. 2:20-cv-00386-LEW |

### STIPULATION OF DISMISSAL

NOW COME the parties, through counsel, and hereby stipulate that the above-captioned matter may be dismissed, with prejudice, and without costs, interest, or attorneys fees to any party.

Dated:  January 12, 2021

/s/   Michael J. Waxman
Michael J. Waxman, Esq.
Attorney for Plaintiff
1006 Forest Avenue
Portland, ME   04103

Dated:  January 12, 2021

/s/   John Wall
John Wall, III, Esq.
Attorney for Defendant Vinal Thompson
Monaghan, Leahy
95 Exchange Street, P.O. Box 7046
Portland, ME 04112-7046

Dated:  January 12, 2021

/s/   Peter T. Marchesi
Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendant Kevin Joyce and Cumberland County
27 Temple Street
Waterville, ME   04901

UNITED STATES DISTRICT COURT
District of Maine

|  |  |  |
|---|---|---|
| JOHN KATULA, | ) | |
|     Plaintiff | ) | Docket No. 2:20-cv-00386-LEW |
| | ) | |
| v. | ) | |
| | ) | |
| VINAL THOMPSON, KEVIN JOYCE, and | ) | |
| CUMBERLAND COUNTY, | ) | |
|     Defendants | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, hereby certify that:

● Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Michael Waxman, Esq.        *mjwaxy@aol.com*
    John Wall, III, Esq.          *jwall@monaghanleahy.com*

Dated:   January 12, 2021

   /s/   Peter T. Marchesi
Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendants Joyce and
Cumberland County
27 Temple Street
Waterville, ME   04901